# U.S. District Court
# District of New Jersey [LIVE] (Camden)
# CIVIL DOCKET FOR CASE #: 1:11−cv−05847−JBS−KMW

| | |
|---|---|
| SANDOVAL v. EQUIFAX INFORMATION SERVICES, LLC et al | Date Filed: 10/07/2011 |
| Assigned to: Judge Jerome B. Simandle | Date Terminated: 04/03/2012 |
| Referred to: Magistrate Judge Karen M. Williams | Jury Demand: Both |
| Cause: 15:1681 Fair Credit Reporting Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **MARIA T. SANDOVAL** | represented by | **GEOFFREY H. BASKERVILLE**<br>FRANCIS &MALLMAN PC<br>LAND TITLE BUILDING<br>19TH FLOOR<br>100 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19110<br>215−735−8600<br>Email: gbaskerville@consumerlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **JOHN SOUMILAS**<br>FRANCIS &MAILMAN, P.C.<br>LAND TITLE BUILDING<br>19TH FLOOR<br>100 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19110<br>(215) 735−8600<br>Email: jsoumilas@gmail.com<br>*ATTORNEY TO BE NOTICED* |
| | | **MARK D. MAILMAN**<br>FRANCIS &MAILMAN, PC<br>LAND TITLE BUILDING<br>100 SOUTH BROAD STREET<br>19TH FLOOR<br>PHILADELPHIA, PA 19110<br>(215) 735−8600<br>Email: mmailman@consumerlawfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **EQUIFAX INFORMATION SERVICES, LLC** | represented by | **DEBRA MARIE ALBANESE**<br>TRAFLET &FABIAN, ESQS.<br>264 SOUTH STREET<br>MORRISTOWN, NJ 07960<br>(973) 631−6222<br>Email: dalbanese@trafletfabian.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **CSC CREDIT SERVICES, INC.**<br>*TERMINATED: 03/13/2012* | represented by | **JOHN J. HIGSON**<br>DILWORTH PAXSON, ESQUIRE<br>1500 MARKET STREET<br>SUITE 3500E<br>PHILADELPHIA, Pa 19102<br>215−575−7000<br>Email: jhigson@dilworthlaw.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2011 | Ï 1 | COMPLAINT against CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC ( Filing fee $ 350 receipt number 0312−3972203.) Jury Demand., filed by MARIA T. SANDOVAL. (Attachments: # 1 Civil Cover Sheet)(nz, ) (Entered: 10/11/2011) |
| 10/07/2011 | Ï 2 | SUMMONS ISSUED as to CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Nicholas Zotti* (nz, ) (Entered: 10/11/2011) |
| 10/11/2011 | Ï 3 | NOTICE of Appearance by GEOFFREY H. BASKERVILLE on behalf of MARIA T. SANDOVAL (BASKERVILLE, GEOFFREY) (Entered: 10/11/2011) |
| 12/16/2011 | Ï 4 | STIPULATION *for extension of time* by CSC CREDIT SERVICES, INC.. (HIGSON, JOHN) (Entered: 12/16/2011) |
| 12/20/2011 | Ï 5 | STIPULATION AND ORDER that Deft. CSC Credit Services shall have a 30 day extension until 1/23/2012 to answer, respond or otherwise plead to Pltf's Complaint. Signed by Magistrate Judge Karen M. Williams on 12/20/2011. (dmr) Modified on 12/22/2011 (dmr, ). (Entered: 12/20/2011) |
| 12/27/2011 | Ï 6 | ANSWER to Complaint with Jury Demand *&Defenses (w/ cert. of service)* by EQUIFAX INFORMATION SERVICES, LLC. (Attachments: # 1 Civil Cover Sheet)(ALBANESE, DEBRA) (Entered: 12/27/2011) |
| 12/27/2011 | Ï 7 | Corporate Disclosure Statement by EQUIFAX INFORMATION SERVICES, LLC identifying Equifax Inc. as Corporate Parent.. (ALBANESE, DEBRA) (Entered: 12/27/2011) |
| 12/28/2011 | Ï 8 | Order Initial Conference set for 3/29/2012 at 11:00 AM in Room 2040 before Magistrate Judge Karen M. Williams. Signed by Magistrate Judge Karen M. Williams on 12/28/2011. (dmr) (Entered: 12/28/2011) |
| 01/19/2012 | Ï 9 | MOTION for Extension of Time to File Answer re 1 Complaint by CSC CREDIT SERVICES, INC.. (Attachments: # 1 Certificate of Service)(HIGSON, JOHN) (Entered: 01/19/2012) |
| 01/19/2012 | Ï | Set Deadlines as to 9 MOTION for Extension of Time to File Answer re 1 Complaint. Motion set for 2/21/2012 before Magistrate Judge Karen M. Williams. The motion will be decided on the papers. No appearances required unless notified by the court. (dmr) (Entered: 01/19/2012) |
| 02/21/2012 | Ï 10 | ORDER granting 9 Motion for Extension of Time to Answer. Deft CSC Credit Services shall have an additional extension until 2/6/2012 to answer, respond or otherwise plead to Pltf's Complaint. Signed by Magistrate Judge Karen M. Williams on 2/21/2012. (dmr) (Entered: |

| | | |
|---|---|---|
| | | 02/21/2012) |
| 03/09/2012 | Ï 11 | STIPULATION of Dismissal *as to CSC Credit Services, Inc. only* by MARIA T. SANDOVAL. (BASKERVILLE, GEOFFREY) (Entered: 03/09/2012) |
| 03/13/2012 | Ï 12 | STIPULATION AND ORDER OF DISMISSAL, CSC CREDIT SERVICES, INC. terminated.. Signed by Chief Judge Jerome B. Simandle on 3/13/2012. (dmr, ) (Entered: 03/15/2012) |
| 03/23/2012 | Ï 13 | Joint Discovery Plan by MARIA T. SANDOVAL.(BASKERVILLE, GEOFFREY) (Entered: 03/23/2012) |
| 03/23/2012 | Ï 14 | Joint Discovery Plan by MARIA T. SANDOVAL.(BASKERVILLE, GEOFFREY) (Entered: 03/23/2012) |
| 03/26/2012 | Ï | CLERK'S QUALITY CONTROL MESSAGE – Docket entry 13 filed as a Joint Discovery Plan by Plaintiff on 3/23/2012 seems to be filed in error. Please disregard. This message is for informational purposes only. (dmr) (Entered: 03/26/2012) |
| 03/28/2012 | Ï 15 | TEXT ORDER – The Court has GRANTED the Joint request of the Parties to adjourn the Initial Conference set for 3/29/2012 at 11:00 a.m. pending the filing of a Consent Order to Transfer case. Signed by Magistrate Judge Karen M. Williams on 3/28/2012. (dmw, ) (Entered: 03/28/2012) |
| 04/03/2012 | Ï 16 | Stipulation and Consent Order transferring case to the Northern District of Georgia, Atlanta Division. Signed by Chief Judge Jerome B. Simandle on 4/3/2012. (TH, ) (Entered: 04/04/2012) |
| 04/03/2012 | Ï | ***Civil Case Terminated. (TH, ) (Entered: 04/04/2012) |
| 04/04/2012 | Ï | Clerk's Note: Case extracted via CM/ECF to the N.D. of Georgia. (th, ) (Entered: 04/04/2012) |